PROPOSED INSTALLMENT ORDER

| | |
|---|---|
| $100.00 | On or before October 5, 2014; |
| $100.00 | On or before November 5, 2014; |
| Balance | On or before December 5, 2014. |